UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HMG and HLG, ppa,
KELly RUTHERFORD                                No.:14-cv-06130
                 Petitioners,       Hon. Andrew L. Carter, Jr.

           v.                                   **NOTICE OF APPEAL**

JEH JOHNSON, Secretary, U.S. Department
Of Homeland Security, in his official capacity,
as well as his successors and assigns, and
ERIC HOLDER, Attorney General Of The
United States, in his official capacity, as well
as his successors and assigns, U.S.
Department Of Justice, and LEON
RODRIGUEZ, Director, U.S. Department Of
Homeland Security, U.S. Citizenship And
Immigration Services, in his official capacity,
as well as his successors and assigns, and
PHYLLIS COVEN, New York City District
Director, New York City Field Office, U.S.
Department Of Homeland Security, U.S.
Citizenship And Immigration Services, in her
official capacity, as well as her successors and
assigns,

                 Respondents.
------------------------------------------------------------x

      Notice is hereby given that Petitioners, HMG and HLG, ppa Kelly Rutherford, by and through counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of this Court entered on August 15, 2014, dismissing Petitioners' Petition in its entirety (Doc. #11).

      Dated this 18th day of August 2014.

Respectfully submitted,

/s/

Robert M. Wallack (RM-0318)
THE WALLACK FIRM, P.C.
777 3rd Avenue, 21st Floor
New York, New York 10017
(212) 223-1300
(212) 223-1301 (facsimile)
rwallack@wallackfirm.com

Wendy Murphy, Esq.
154 Stuart Street
Boston, Massachusetts 01116
(617) 422-7410
*Of Counsel*

Michael Wildes, Esq.
WILDES & WEINBERG, P.C.
515 Madison Avenue, 6th Floor
New York, New York 10022
(212) 753-3468
*Of Counsel*

Chelsea Storey, Esq.
LAW OFFICE OF CHELSEA STOREY
(949) 481-8187
*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2014, I served a copy of this document by electronic means upon the following attorney of record for Respondents:

    Assistant United States Attorney Jacob Bergman
    Jacob.bergman@usdoj.gov

    _____
    Robert M. Wallack